**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

CHAMBERS OF
A. RICHARD CAPUTO
JUDGE

WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVENUE
P.O. BOX 1246
SCRANTON, PA 18501-1246
(570) 207-5750
FAX (570) 207-5759

August 17, 2000

FILED
SCRANTON
AUG 1 8 2000
PER _____ DEPUTY CLERK

3:00CV1342

TO:   COUNSEL OF RECORD

RE:   IN RE: THE MILLER GROUP INC., Debtor
      CHAPTER 11, CASE NO. 1-99-05174
      THE MILLER GROUP, INC. v. SEWBIG INDUSTRIES, INC. et al.
      Adv. No. 1-00-00156A

Dear Counsel:

The Debtor's Motion For An Order To Withdraw Reference Pursuant to 28 U.S.C. § 157(d) has been assigned to me.

The brief in support of the Motion, i.e. Memorandum of Law in Support of Debtor's Motion For An Order To Withdraw Reference Pursuant to 28 U.S.C. § 157(d) has been filed. Your attention is directed to Local Rule 7.6.

Any inquiries you have concerning this case should be directed to Maria Demuth, Judicial Assistant, William J. Nealon Federal Building & United States Courthouse, P.O. Box 1246, Scranton, Pennsylvania, 18501, phone number (570) 207-5750.

Sincerely,

A. Richard Caputo
United States District Judge

ARC:md

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 18, 2000

Re:  3:00-cv-01432    Miller Group, Inc., v. Sewbig Industries, I

True and correct copies of the attached were mailed by the clerk to the following:

```
Steven D. Usdin, Esq.
ADELMAN, LAVINE, GOLD & LEVIN
1900 Two Penn Center Plaza
Philadelphia, Pa   19102-1799

William G. Schwab, Esq.
811 Blakeslee Blvd. Drive East
P.O. Box 56
Lehighton, Pa   18235
```

```
cc:
Judge                           ( )
Magistrate Judge                ( )
U.S. Marshal                    ( )
Probation                       ( )
U.S. Attorney                   ( )
Atty. for Deft.                 ( )
Defendant                       ( )
Warden                          ( )
Bureau of Prisons               ( )
Ct Reporter                     ( )
Ctroom Deputy                   ( )
Orig-Security                   ( )
Federal Public Defender         ( )
Summons Issued                  ( ) with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5             ( )
Order to Show Cause             ( ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen  ( )    PA Atty Gen ( )
                                         DA of County ( )    Respondents ( )
Bankruptcy Court                ( )
Other_____    ( )
```

MARY E. D'ANDREA, Clerk

DATE: 8/18/00     BY: [signature]