OFFICE OF THE CLERK
STATES DISTRICT COURT
DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE, SUITE 218
240 WEST THIRD STREET
WILLIAMSPORT, PA 17701-6460

OFFICIAL BUSINESS

RTS



David W. Perez
STEVENS & LEE
111 North Sixth Street
P. O. Box 679
Reading, PA 19603

NOT AT THIS ADDRESS