## CERTIFICATE OF CONCURRENCE

I, Archie V. Diveglia, hereby certify that on April 12, 2004, I sought concurrence with Defense Counsel for the filing of the Motion to Compel and that he did concur.

4-14-04

_____
Archie V. Diveglia, Esquire