IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA ANNE DIVEGLIA<br>formerly CYNTHIA ANNE KAYLOR<br>Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1 CV-00-1342 |
| NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY<br>Defendant | §<br>§<br>§<br>§ | (Judge James McClure) |

## ORDER

AND NOW, this __16th__ day of April 2004, upon consideration of the Motion of Archie v. Diveglia, of Diveglia and Kaylor, P.C. it is hereby Ordered that they and their law firm, Diveglia and Kaylor, P.C. are hereby excused from electronic filings set forth by Order of March 3, 2003, as it relates to the case of Cynthia A. Kaylor v. Northwestern Mutual Insurance Company, case No. 1 CV-00-1342.

Further, neither counsel nor their firm shall file any new cases, other than the above captioned matter, on any matters in Federal Court until and unless they are in compliance with Rule 5.6.

```
                              s/James F. McClure, Jr.
                              James McClure,              J.
```

Archie V. Diveglia
Attorney Submitted Order
on behalf of Plaintiff

FILED
WILLIAMSPORT, PA

APR 16 2004

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK