IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA ANNE DIVEGLIA, | : | CIVIL ACTION |
| Plaintiff, | : | NO. 1:CV-00-1342 |
| | : | |
| v. | : | JUDGE McCLURE |
| | : | |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of Defendant's motion in limine to preclude the testimony of Plaintiff's expert witness Elliot Leitner, to preclude the admission of Plaintiff's medical reports and medical journal articles, to preclude testimony of the demeanor of Defendant's employees, and to preclude any expert opinion testimony from Plaintiffs' witness Dr. Borgen, IT IS HEREBY ORDERED that Defendant's motion is granted.

_____
J.