

| | | |
|---|---|---|
| 1 | | that of Dr. Powell? |
| 2 | A | Yes. |
| 3 | Q | And what did Dr. Powell tell you? |
| 4 | A | I'd have to characterize his memos, and I'm sure |
| 5 | | I'll be leaving some things out, but generally |
| 6 | | speaking, that the opinions expressed by these two |
| 7 | | doctors, he's not been able to find a basis that |
| 8 | | that is accurate, and despite efforts -- to you |
| 9 | | again, as I recall, you said you were aware of |
| 10 | | three studies, and you asked who did our research. |
| 11 | | Well, I can tell you we researched the heck out of |
| 12 | | it, and to this day, to my knowledge, those studies |
| 13 | | have not been presented. |
| 14 | | I'm sure we certainly would like to see |
| 15 | | those if they are available, but the fact is that, |
| 16 | | again, our own medical analysis could not concur |
| 17 | | with the opinions of the two doctors. |
| 18 | Q | And you say we researched the heck out of it. You |
| 19 | | mean on that issue as to whether Drs. Borgen and |
| 20 | | Seidman were incorrect in their opinions? |
| 21 | A | No, as to the existence of studies. |
| 22 | Q | Oh, okay. Who did that research? |
| 23 | A | As I understand, Pat Sheehan and Dr. Powell. |
| 24 | Q | Dr. Powell? |
| 25 | A | Let me just generally say, the medical consultants. |

```
 1          I'm not sure if one, both, or whatever.
 2     Q    Well, did you say to them, at any point, well, even
 3          if you can't find something that confirms what
 4          they're saying, can you find me something that
 5          contradicts it?
 6     A    I'm sorry.  Contradicts what?  Please be specific.
 7     Q    In other words, they did research, somebody did
 8          research, researched the heck out of it, meaning
 9          researching as to whether the opinions of
10          Drs. Borgen and Seidman could be documented?
11     A    Let me stop you right there.  It's not their
12          opinions we were researching.
13     Q    What were you researching?
14     A    The existence of studies.
15     Q    Studies which showed what?
16     A    That would concur with their opinions that stress
17          will cause a reduction in recurrence possibilities.
18     Q    And when you spoke to -- who did you speak to?  Did
19          you speak to Dr. Powell, did you speak to Pat
20          Sheehan as to this research?
21     A    I did not speak with Dr. Powell.  I may have spoken
22          with Pat Sheehan.  I'm not certain as I sit here
23          today.
24     Q    And she said, "We researched the heck out of this,
25          and we couldn't find anything"?
```

1  A   I was told without use of the word heck that they
2      could not find any studies that confirm this
3      opinion.
4  Q   Were you left under the impression that they were
5      doing some kind of a search for any documentation
6      that could confirm these opinions?
7  A   That they were searching for studies. Again, I
8      want to get back to that. We're confusing opinions
9      with studies. They have their opinion, of course.
10     That is there, but we're looking for proof of that
11     assertion.
12 Q   Well, besides whether or not this actually
13     occurred, would I be correct that the policyholder,
14     the claimant has no duty other than to have her
15     doctors express the medical opinions and does not
16     have a duty to have the doctors provide studies
17     that back those opinions?
18          MR. HENEFER: Note an objection as in the
19     other depositions, to the extent it calls for a
20     legal conclusion. You can answer as to your
21     understanding.
22          THE WITNESS: The claims section of the
23     policy provides a good many obligations on the part
24     of the insured, not the least of which is
25     submission of proof of disability.