IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ANNE DIVEGLIA <br> formerly CYNTHIA ANNE KAYLOR <br> Plaintiff <br><br> v. <br><br> NORTHWESTERN MUTUAL LIFE <br> INSURANCE COMPANY <br> Defendant | § <br> § <br> § <br> §   Civil Action No. 1 CV-00-1342 <br> § <br> § <br> § <br> § <br> §   (Judge James McClure) |

### ORDER

AND NOW, this ____ day of May 2004, upon consideration of the Motion of the Parties to enlarge the time for filing responsive briefs to Motions in Limine filed May 17, 2004, the Motion is hereby granted and the parties shall file their responsive briefs to those Motions on or before June 8th, 2004.

By the Court:

_____
James McClure, District Judge