IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA ANNE DIVEGLIA<br>formerly CYNTHIA ANNE KAYLOR<br>Plaintiff<br><br>v.<br><br>NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 1 CV-00-1342<br><br><br>(Judge James McClure) |

**ORDER**

AND NOW, this 26 day of May 2004, upon consideration of the Motion of the

Parties to enlarge the time for filing responsive briefs to Motions in Limine filed May 17,

2004, the Motion is hereby granted and the parties shall file their responsive briefs to those

Motions on or before June 8th, 2004.

By the Court:

James McClure, District Judge

**FILED**
WILLIAMSPORT, PA

MAY 2 6 2004

MARY E. D'ANDREA, CLERK
Per_____
                        DEPUTY CLERK