

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| CYNTHIA ANNE DIVEGLIA, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff, | : | |
| | : | NO. 1: CV-00-1342 |
| v. | : | |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | : | |
| Defendant. | : | (Judge McClure) |

## WITNESS AND EXHIBIT LIST

### I. Plaintiff's Exhibit List

Judge James F. McClure, Jr.                                    Case. No. 1:CV:00-1342
Exhibit List of Northwestern Mutual Insurance Company

| Pltf. | Deft. | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| 1. | | Disability Claim Referral | | | | |
| 2. | | APS of 2/3/98 | | | | |
| 3. | | 12 Page Disability Manual | | | | |
| 4. | | Interview | | | | |
| 5. | | Signed Statement | | | | |
| 6. | | Claim Guidelines | | | | |
| 7. | | Letter of 5/30/2000 | | | | |
| 8. | | Letter of 4/14/00 | | | | |
| 9. | | Letter of Diveglia of 4/25/2000 | | | | |
| 10. | | Letter of Hyde 5/03/2000 | | | | |
| 11. | | Application for Disability Benefits | | | | |
| 12. | | Dr. Seidman's APS of 3/27/00 | | | | |

1

| Pltf. | Deft. | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| 13. | | Dr. Borgan's APS of 10/27/99 | | | | |
| 14. | | Dr. Seidman's letter of 2/18/1999 | | | | |
| 15. | | Notes of underwriter (734) (867) | | | | |
| 16. | | Dr. Borgan's APS on 2/3/98 | | | | |
| 17. | | Dr. Seidman's APS of 5/7/98 | | | | |
| 18. | | Dr. Borgan's APS of 8/14/98 | | | | |
| 19. | | Letter of Dr. Powell to Dr. Seidman and Response | | | | |
| 20. | | Dr. Borgan's APS of 10/27/99 | | | | |
| 21. | | Dr. Seidman's APS of 3/27/00 | | | | |
| 22. | | Request for Continuance of Benefits 2/7/98 | | | | |
| 23. | | Request for Continuance of Benefits 5/8/98 | | | | |
| 24. | | Request for Continuance of Benefits 6/28/98 | | | | |
| 25. | | Request for Continuance of Benefits 8/14/98 | | | | |
| 26. | | Patricia Sheehan, Resume | | | | |
| 27. | | Office Notes of 3/27/00 | | | | |
| 28. | | Copy of Contract | | | | |
| 29. | | Admission, History, and Physical of 9/30/97 | | | | |
| 30. | | Medical Journal Articles | | | | |
| 31. | | Deposition Transcript of Dr. Powell | | | | |
| 32. | | Deposition Transcript of Mini Armstrong | | | | |
| 33. | | Deposition Transcript of David Gosse | | | | |
| 34. | | Deposition Transcript of Sharon Hyde | | | | |

2

| Pltf. | Deft. | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| 35. | | Deposition Transcript of Suzanne Balestreri | | | | |
| 36. | | Deposition Transcript of Pat Sheehan | | | | |
| 37. | | Deposition Transcript of Eileen Carter | | | | |
| 38. | | Authorization for Chemotherapy | | | | |
| 39. | | Video Cassette of Testimony of Dr. Powell | | | | |
| 40. | | Video Cassette of Testimony of Dr. Powell | | | | |
| 41. | | Video Cassette of Testimony of Minni Armstrong | | | | |
| 42. | | Video Cassette of Testimony of Dave Gosse | | | | |
| 43. | | Video Cassette of Testimony of Sharon Hyde | | | | |
| 44. | | Video Cassette of Testimony of Suzanne Balestreri | | | | |
| 45. | | Video cassette of Testimony of Pat Sheehan | | | | |
| 46. | | C.V. of Dr. Borgan | | | | |
| 47. | | Transcript of Testimony of Dr. Borgan | | | | |
| 48. | | Video Cassette of Dr. Borgan | | | | |
| 49. | | Damage Calculation of Total Disability | | | | |
| 50. | | Damage Calculation for Transitional Benefits | | | | |
| 51. | | Damage Calculations for Premiums and Dividends | | | | |
| 52. | | Letter to Brad Newman of 6/5/97 | | | | |
| 53. | | Pathology Report | | | | |
| 54. | | Claims Log Letter from November 1999 – April 14, 2000 | | | | |
| 55. | | Requests for Continuation of Benefits | | | | |

3

| Pltf. | Deft. | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| 56. | | Application for Disability Insurance | | | | |
| 57. | | Approval of Claim by Letter of 8/11/97 | | | | |
| 58. | | Consultation report of Dr. Seidman | | | | |
| 59. | | Application for Disability Ins. | | | | |
| 60. | | Authorization Letters Allowing Authorization of March 6, 1998 and March 31. | | | | |
| 61. | | Claim Log of 79-80 | | | | |
| 62. | | C.V. of Elliot Leitnor | | | | |
| 63. | | Entire Claims Log of Northwestern | | | | |

### II. Plaintiff's Witness List

1. Cynthia A. Diveglia
   41 Berkey Road
   East Berlin, PA  17316

2. Elliot Leitnor
   2450 Cobblewood Drive
   Northbrook, IL  80062
   Insurance Consultant

3. Bradley Newman
   1505 Penn Street
   Harrisburg, PA

4. David Gosse
   via videotape/or in person
   Northwestern Mutual Employee
   as if on cross examination

5. Dr. Richard Powell
   via videotape/or in person
   Northwestern Mutual Employee
   as if on cross examination

6. Susanne Balestreri
   via videotape/or in person
   Northwestern Mutual Employee
   as if on cross examination

7. Sharon Hyde
   via videotape/or in person
   Northwestern Mutual Employee
   as if on cross examination

8. Patricia Sheeran
   via videotape/or in person
   Northwestern Mutual Employee
   as if on cross examination

9. Eileen Carter
   via videotape/or in person
   Northwestern Mutual Employee
   as if on cross examination

10. Minnie Armstrong
    via videotape/or in person
    Northwestern Mutual Employee
    as if on cross examination

### III. Defendant's Exhibit List

| Pltf | Deft | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
|  | 1. | Policy |  |  |  |  |
|  | 2. | Letter from Plaintiff to Bradley Newman (NML) |  |  |  |  |
|  | 3. | Plaintiff's Claim Form |  |  |  |  |
|  | 4. | Plaintiff's 1996 and 1995 Tax Records (date is estimated along with cover letter referring to completed forms) |  |  |  |  |
|  | 5. | Attending Physician's Statement (dated 6/3/97) |  |  |  |  |
|  | 6. | Claim Requirements Guidelines |  |  |  |  |
|  | 7. | Mary Neveln Letter to Plaintiff |  |  |  |  |
|  | 8. | M. Neveln Notes from Phone Survey with Plaintiff |  |  |  |  |
|  | 9. | M. Neveln Notes from Discussion with Dennis Darland |  |  |  |  |
|  | 10. | Letter to Sloan-Kettering Medical Center Seeking Records |  |  |  |  |
|  | 11. | M. Neveln Letter to Plaintiff |  |  |  |  |
|  | 12. | M. Neveln e-mail to Jim Porter and Response |  |  |  |  |
|  | 13. | M. Neveln Field Benefit Request Form to Jim Porter |  |  |  |  |
|  | 14. | N. Versnik Notes from Call with Plaintiff |  |  |  |  |
|  | 15. | Attending Physician Statement from Dr. Seidman |  |  |  |  |

5

| | # | Description | | | | |
|---|---|---|---|---|---|---|
| | 16. | Plaintiff's Letter Enclosing Tax Returns and Attending Physician Statement | | | | |
| | 17. | Follow-up with Sloan-Kettering re: Medical Records | | | | |
| | 18. | Corporate Tax Records of 1995 and 1996 | | | | |
| | 19. | Laurie Hilt Notes from Call with Plaintiff | | | | |
| | 20. | File Note re: Use of 4/18/97 as Date of Onset of Disability | | | | |
| | 21. | Discharge Summary and Related Information from Memorial Sloan-Kettering Hospital Received 8/5/97 | | | | |
| | 22. | Northwestern Letter to Plaintiff | | | | |
| | 23. | Attending Physician Statement | | | | |
| | 24. | Notes of Call with Plaintiff | | | | |
| | 25. | Copy of Attending Physician Statement | | | | |
| | 26. | Attending Physician Statement | | | | |
| | 27. | Plaintiff's Request for Ongoing Disability Benefits | | | | |
| | 28. | Plaintiff's Request for Continuing Benefits | | | | |
| | 29. | Treatment Records and Progress Report from Dr. Cordeiro | | | | |
| | 30. | Attending Physician Statement from Dr. Cordeiro | | | | |
| | 31. | Plaintiff's Request for Continuing Benefit | | | | |
| | 32. | Plaintiff's Request for Continuing Benefit | | | | |
| | 33. | Attending Physician Statement form Dr. Seidman | | | | |
| | 34. | Attending Physician Statement from Dr. Borgan | | | | |
| | 35. | Plaintiff's Request for Continuing Benefits | | | | |

| | No. | Description | | | | | |
|---|---|---|---|---|---|---|---|
| | 36. | Investigation Request Form | | | | | |
| | 37. | Confirmation from CS Claim Group, Inc. or Request for Investigation | | | | | |
| | 38. | Job Comparison Statement from Plaintiff | | | | | |
| | 39. | Notes from Plaintiff's Discussion with Kim Evans | | | | | |
| | 40. | Request for Records to Dr. Borgan by Minnie Armstrong | | | | | |
| | 41. | Authorization from Plaintiff | | | | | |
| | 42. | Plaintiff's "Statement" | | | | | |
| | 43. | Plaintiff's Letter Revoking Authorizations | | | | | |
| | 44. | Investigator's Report of Interview with Plaintiff Including Plaintiff's Signed Statement | | | | | |
| | 45. | Record of Payments Made as Requested by Plaintiff | | | | | |
| | 46. | Denial of Plaintiff's Application for SSDI Benefits | | | | | |
| | 47. | M. Armstrong Notes from Conference with Plaintiff re: Authorizations | | | | | |
| | 48. | M. Armstrong's Notes from Conference with D. Darland re: Authorization Issue | | | | | |
| | 49. | Plaintiff's Letter to M. Armstrong re: Denial of SSDI | | | | | |
| | 50. | Armstrong Request for Updated Tax Record | | | | | |
| | 51. | Armstrong Letter to Plaintiff re: Authorizations | | | | | |
| | 52. | Suzanne Balestreri Letter to Plaintiff | | | | | |
| | 53. | Attending Physician Statement from Dr. Seidman | | | | | |
| | 54. | Attending Physician Form from Dr. Seidman | | | | | |

7

| | | | | | | |
|---|---|---|---|---|---|---|
| | 55. | Request for Continuing Benefits from Plaintiff | | | | |
| | 56. | Letter for Continuing Benefits from Plaintiff | | | | |
| | 57. | Letter from Plaintiff's Counsel | | | | |
| | 58. | Sue Balestreri Notes from Discussion with Plaintiff's Counsel | | | | |
| | 59. | Northwestern Letter to Plaintiff's Counsel | | | | |
| | 60. | Plaintiff's Limited Authorizations | | | | |
| | 61. | Plaintiff's Counsel Letter to Northwest | | | | |
| | 62. | Northwestern Letter to Plaintiff re: Forms to be Filled Out | | | | |
| | 63. | Attending Physician Statement from Dr. Borgan | | | | |
| | 64. | Plaintiff's Request for Continued Benefits | | | | |
| | 65. | Cover Letter from Plaintiff's Counsel with Attending Physician Statement and Request for Continued Benefit | | | | |
| | 66. | Eileen Miller Carter Letter to Plaintiff's Counsel | | | | |
| | 67. | Letter from Plaintiff's Counsel | | | | |
| | 68. | Request for Continued Benefits | | | | |
| | 69. | Eileen Miller Carter Notes from Discussion with Nurse Sheehan | | | | |
| | 70. | Eileen Miller Carter Letter to Plaintiff's Counsel | | | | |
| | 71. | Northwestern's Request for "Patient Files" Maintained by Drs. Seidman and Borgan | | | | |
| | 72. | Patient File from Dr. Seidman Received | | | | |
| | 73. | File Note of Review of Records with Pat Sheehan (date is estimated) | | | | |
| | 74. | Request for Continued Benefits | | | | |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| | 75. | Letter from Plaintiff's Counsel to Eileen Miller Carter | | | | |
| | 76. | S. Balestreri Sends Request for Medical Records to Sloan-Kettering | | | | |
| | 77. | Files Notes from S. Balestreri About Ongoing Efforts to Obtain Medical Records | | | | |
| | 78. | Eileen Miller Carter Letter Responding to Letter from Plaintiff's Counsel | | | | |
| | 79. | Additional Medical Records Received from Memorial Hospital | | | | |
| | 80. | Request for Continued Benefits | | | | |
| | 81. | Annual Review Referral from S. Balestreri to Eileen Miller Carter | | | | |
| | 82. | Additional Medical Records Received from Memorial Hospital | | | | |
| | 83. | Plaintiff's Request for Ongoing Benefits | | | | |
| | 84. | Medical Review Request and 01/15/99 | | | | |
| | 85. | Dr. Randolph Powell Letter to Dr. Seidman | | | | |
| | 86. | Request for Continued Benefits | | | | |
| | 87. | Dr. Seidman Response to 1/19/99 Requests for Further Medical Information | | | | |
| | 88. | Pat Sheehan Notes from Review of Letter from Dr. Seidman | | | | |
| | 89. | Request for Continued Benefit | | | | |
| | 90. | File Notes on Follow-Up with Dr. Seidman's Office | | | | |
| | 91. | Letter from Plaintiff to Northwestern | | | | |
| | 92. | Plaintiff's Request for Continued Benefits | | | | |
| | 93. | S. Balestreri Letter to Plaintiff's Counsel | | | | |

9

| | | | | | | |
|---|---|---|---|---|---|---|
| | 94. | Letter from Plaintiff's Counsel | | | | |
| | 95. | S. Balestreri Letter to Plaintiff Requesting Tax Return Information | | | | |
| | 96. | Request for Continued Benefit | | | | |
| | 97. | S. Balestreri Letter to Plaintiff's Counsel | | | | |
| | 98. | Request for Continued Benefits | | | | |
| | 99. | S. Balestreri Letter to Plaintiff's Counsel | | | | |
| | 100. | Request for Continued Benefits | | | | |
| | 101. | File Notes re: Plaintiff's Counsel Calling for Status of Benefit Check | | | | |
| | 102. | Letter from David Gosse, Senior Claims Administrator to Plaintiff's Counsel | | | | |
| | 103. | D. Gosse File Note | | | | |
| | 104. | S. Balestreri Letter to Plaintiff's Counsel | | | | |
| | 105. | D. Gosse File Memo of Conversation with Plaintiff's Counsel | | | | |
| | 106. | S. Balestreri Letter to Plaintiff's Counsel | | | | |
| | 107. | D. Gosse File Memo on Conference with Plaintiff's Counsel | | | | |
| | 108. | S. Balestreri Letter to Plaintiff | | | | |
| | 109. | Attending Physician Statement from Dr. Borgan | | | | |
| | 110. | Request for Continued Benefits | | | | |
| | 111. | Request for Updated Medical Records to Memorial Hospital | | | | |
| | 112. | Request for Updated Medical Records to Dr. Borgan | | | | |
| | 113. | File Note/Referral to D. Gosse | | | | |
| | 114. | S. Balestreri Letter to Plaintiff's Counsel | | | | |

10

| | | | | | | |
|---|---|---|---|---|---|---|
| | 115. | D. Gosse Letter to Plaintiff's Counsel | | | | |
| | 116. | Northwestern Received Medical Records from Memorial Hospital | | | | |
| | 117. | Medical Referral with Response from Dr. Powell | | | | |
| | 118. | Letter from Plaintiff's Counsel to D. Gosse | | | | |
| | 119. | Pat Sheehan e-mail to Balestreri | | | | |
| | 120. | P. Sheehan Letter to Dr. Seidman with Requests for Information | | | | |
| | 121. | Claim referral by D. Gosse for review of New Medical Information with 12/13/99 Response | | | | |
| | 122. | S. Balestreri Letter to Plaintiff's Counsel | | | | |
| | 123. | Plaintiff's Request for Continued Benefits | | | | |
| | 124. | Letter from Plaintiff's Counsel | | | | |
| | 125. | S. Balestreri File Note | | | | |
| | 126. | S. Balestreri Letter to Plaintiff's Counsel | | | | |
| | 127. | Northwestern Fax to Dr. Seidman Requesting Response to Four Questions | | | | |
| | 128. | Letter from Plaintiff's Counsel | | | | |
| | 129. | Request for Continued Benefits | | | | |
| | 130. | Martindale Hubbell and Related Materials | | | | |
| | 131. | S. Balestreri Letter to Plaintiff's Counsel | | | | |
| | 132. | Investigation Request | | | | |
| | 133. | File Notes Regarding Requests for Additional Medical Information | | | | |
| | 134. | Plaintiff's Request for Continued Benefits | | | | |

11

| | | | | | | |
|---|---|---|---|---|---|---|
| | 135. | File Notes from P. Sheehan | | | | |
| | 136. | P. Sheehan fax to Dr. Borgan of 12/8/99 | | | | |
| | 137. | File Note from S. Balestreri with Authorization to Make Another Payment on an Accommodation Basis | | | | |
| | 138. | S. Balestreri Letter to Plaintiff's Counsel re: Ongoing Benefits on an Accommodation Basis | | | | |
| | 139. | Attending Physician Statement from Dr. Seidman | | | | |
| | 140. | Request for Continued Benefits | | | | |
| | 141. | Northwestern Receives 3/27/00 Office Notes from Dr. Seidman | | | | |
| | 142. | File Note Referring Medical Records to Pat Sheehan | | | | |
| | 143. | Medical Review Notes from P. Sheehan | | | | |
| | 144. | File Note of Conference Between S. Balestreri and D. Gosse | | | | |
| | 145. | S. Balestreri Letter to Plaintiff's Counsel | | | | |
| | 146. | Letter from Plaintiff's Counsel | | | | |
| | 147. | S. Balestreri Letter to Plaintiff's Counsel | | | | |
| | 148. | Report from CS Claim on Search of Court Records | | | | |
| | 149. | Docket Entries from Lawsuits | | | | |
| | 150. | Sharon Hyde Letter to Plaintiff's Counsel | | | | |
| | 151. | Payment Histories | | | | |
| | 152. | Expert Report of Dr. Weber | | | | |
| | 153. | Expert Report of Barbara Mueller | | | | |
| | 154. | Malpractice Applications | | | | |
| | 155. | W-2's | | | | |

12

**IV. Defendant's Witness List**

1. Cynthia Diveglia
2. Suzanne Balestreri
3. David Gosse
4. Eileen Miller Carter
5. Minnie Armstrong (may testify if the need arises)
6. Patricia Sheehan, R.N.
7. Dr. Randolph Powell
8. Sharon Hyde
9. Mary Neveln (may testify if the need arises)
10. Natalie Versnik (may testify if the need arises)
11. Kim Evans (may testify if the need arises)
12. Laurie Hilt (may testify if the need arises)
13. Dr. Barbara Weber
14. Ms. Barbara Meuller
15. Bradley Newman
16. Richard Love