IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ANNE DIVEGLIA,<br>   Plaintiff | :<br>: Civil Action No. 1 CV-00-1342<br>: |
| v. | :<br>: |
| NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY,<br>   Defendant | :<br>: (Judge James McClure)<br>:<br>: |

## ORDER

  AND NOW, this _____ day of May, 2004, upon consideration of the Motion of the Defendant to enlarge the time for filing responsive briefs to Plaintiff's Motions in Limine, the Motion is hereby granted and the Defendant shall file its responsive brief to those Motions on or before June 8, 2004.

          BY THE COURT:


          _____
          James McClure, District Judge