| DATE | BENEFIT | INTEREST RATE | CUMULATIVE BENEFIT | AMOUNT INTEREST | TOTAL BENEFIT & INTEREST |
|---|---|---|---|---|---|
| March 20, 2000 | $5,949.00 | 8.50% | $5,949.00 | | $5,949.00 |
| April 20, 2000 | $5,949.00 | 8.50% | $11,898.00 | $42.14 | $11,940.14 |
| May 20, 2000 | $5,949.00 | 8.50% | $17,847.00 | $84.28 | $17,931.28 |
| June 20, 2000 | $5,949.00 | 8.50% | $23,796.00 | $252.83 | $24,048.83 |
| July 20, 2000 | $5,949.00 | 8.50% | $29,745.00 | $674.22 | $30,419.22 |
| August 20, 2000 | $5,949.00 | 8.50% | $35,694.00 | $1,053.47 | $36,747.47 |
| September 20, 2000 | $5,949.00 | 8.50% | $41,643.00 | $1,769.83 | $43,412.83 |
| October 20, 2000 | $5,949.00 | 8.50% | $47,592.00 | $2,359.77 | $49,951.77 |
| November 20, 2000 | $5,949.00 | 8.50% | $53,541.00 | $3,371.10 | $56,912.10 |
| December 20, 2000 | $5,949.00 | 8.50% | $59,490.00 | $3,792.49 | $63,282.49 |
| **January 20 2001** | $5,949.00 | 9.50% | $65,439.00 | $5,180.59 | $70,619.59 |
| February 20, 2001 | $5,949.00 | 9.50% | $71,388.00 | $5,562.32 | $76,950.32 |
| March 20, 2001 | $5,949.00 | 9.50% | $77,337.00 | $7,347.02 | $84,684.02 |
| April 20, 2001 | $5,949.00 | 9.50% | $83,286.00 | $8,571.52 | $91,857.52 |
| May 20, 2001 | $5,949.00 | 9.50% | $89,235.00 | $9,890.21 | $99,125.21 |
| June 20, 2001 | $5,949.00 | 9.50% | $95,184.00 | $11,303.10 | $106,487.10 |
| July 20, 2001 | $5,949.00 | 9.50% | $101,133.00 | $12,810.18 | $113,943.18 |
| August 20, 2001 | $5,949.00 | 9.50% | $107,082.00 | $14,411.45 | $121,493.45 |
| September 20, 2001 | $5,949.00 | 9.50% | $113,031.00 | $16,106.92 | $129,137.92 |
| October 20, 2001 | $5,949.00 | 9.50% | $118,980.00 | $17,896.58 | $136,876.58 |
| November 20, 2001 | $5,949.00 | 9.50% | $124,929.00 | $19,780.43 | $144,709.43 |
| December 20, 2001 | $5,949.00 | 9.50% | $130,878.00 | $21,758.47 | $152,636.47 |
| **January 20, 2002** | $5,949.00 | 4.75% | $136,827.00 | $23,830.70 | $160,657.70 |
| February 20, 2002 | $5,949.00 | 4.75% | $142,776.00 | $25,997.13 | $168,773.13 |
| March 20, 2002 | $5,949.00 | 4.75% | $148,725.00 | $28,257.75 | $176,982.75 |
| April 20, 2002 | $5,949.00 | 4.75% | $154,674.00 | $28,958.31 | $183,632.31 |
| May 20, 2002 | $5,949.00 | 4.75% | $160,623.00 | $31,138.94 | $182,381.47 |
| June 20, 2002 | $5,949.00 | 4.75% | $166,572.00 | $33,304.72 | $199,876.72 |
| July 20, 2002 | $5,949.00 | 4.75% | $172,521.00 | $36,469.44 | $208,990.44 |
| August 20, 2002 | $5,949.00 | 4.75% | $178,470.00 | $40,605.70 | $219,075.70 |
| September 20, 2002 | $5,949.00 | 4.75% | $184,419.00 | $44,941.58 | $229,360.58 |
| October 20, 2002 | $5,949.00 | 4.75% | $190,368.00 | $51,296.78 | $241,664.78 |
| November 20, 2002 | $5,949.00 | 4.75% | $196,317.00 | $58,949.49 | $255,266.49 |
| December 20, 2002 | $5,949.00 | 4.75% | $202,266.00 | $68,043.36 | $270,309.36 |
| | $5,949.00 | 4.75% | $208,215.00 | $69,113.34 | $277,328.34 |
| | $5,949.00 | 4.75% | $214,164.00 | $81,188.68 | $295,352.68 |



|   | A | B | C | D |
|---|---|---|---|---|
| 1 | $1,965.00 | $318.00 | $2,283.00 | $6,961.00 |
| 2 | $1,965.00 | $318.00 | $2,283.00 | $6,961.00 |
| 3 | $1,965.00 | $588.47 | $2,553.47 | $7,240.00 |
| 4 | $2,122.71 | $480.76 | $2,603.47 | $7,240.00 |
| 5 | $2,190.08 | $486.63 | $2,676.71 | $7,530.00 |
| 6 | $2,174.70 | $502.01 | $2,676.71 | $7,530.00 |
| 7 | $2,174.70 | $613.85 | $2,788.55 | $7,832.00 |
| 8 | $14,557.19 | $3,307.72 | $17,864.91 | $7,832.00 |