| Pltf. | Deft. | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| 1. | | Disability Claim Referral | | | | |
| 2. | | APS of 2/3/98 | | | | |
| 3. | | 12 Page Disability Manual | | | | |
| 4. | | Interview | | | | |
| 5. | | Signed Statement | | | | |
| 6. | | Claim Guidelines | | | | |
| 7. | | Letter of 5/30/2000 | | | | |
| 8. | | Letter of 4/14/00 | | | | |
| 9. | | Letter of Diveglia of 4/25/2000 | | | | |
| 10. | | Letter of Hyde 5/03/2000 | | | | |
| 11. | | Application for Disability Benefits | | | | |
| 12. | | Dr. Seidman's APS of 3/27/00 | | | | |
| 13. | | Dr. Borgen's APS of 10/27/99 | | | | |
| 14. | | Dr. Seidman's letter of 2/18/1999 | | | | |
| 15. | | Notes of underwriter (734)(867) | | | | |
| 16. | | Dr. Borgen's APS of 2/3/98 | | | | |

(3)

| Pltf. | Deft. | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| 17. | | Dr. Seidman's APS of 5/7/98 | | | | |
| 18. | | Dr. Borgen's APS of 8/14/98 | | | | |
| 19. | | Letter of Dr. Powell to Dr. Seidman and Response | | | | |
| 20. | | Dr. Borgen's APS of 10/27/99 | | | | |
| 21. | | Dr. Seidman's APS of 3/27/00 | | | | |
| 22. | | Request for Continuance of Benefits 2/7/98 | | | | |
| 23. | | Request for Continuance of Benefits 5/8/98 | | | | |
| 24. | | Request for Continuance of Benefits 6/28/98 | | | | |
| 25. | | Request for Continuance of Benefits 8/14/98 | | | | |
| 26. | | Patricia Sheehan, Resume | | | | |
| 27. | | Office Notes of 3/27/00 | | | | |
| 28. | | Copy of Contract | | | | |
| 29. | | Admission, History, and Physical of 9/30/97 | | | | |
| 30. | | Medical Journal Articles | | | | |
| 31. | | Deposition Transcript of Dr. Powell | | | | |

| Pltf. | Deft. | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| 32. | | Deposition Transcript of Mini Armstrong | | | | |
| 33. | | Deposition Transcript of David Gosse | | | | |
| 34. | | Deposition Transcript of Sharon Hyde | | | | |
| 35. | | Deposition Transcript of Suzanne Balesterie | | | | |
| 36. | | Deposition Transcript of Pat Sheehan | | | | |
| 37. | | Deposition Transcript of Eileen Carter | | | | |
| 38. | | Authorization for Chemotherapy | | | | |
| 39. | | Video cassette of Testimony of Dr. Powell | | | | |
| 40. | | Video cassette of Testimony of Dr. Powell | | | | |
| 41. | | Video cassette of Testimony of Minni Armstrong | | | | |
| 42. | | Video cassette of Testimony of Dave Gosse | | | | |
| 43. | | Video cassette of Testimony of Sharon Hyde | | | | |
| 44. | | Video cassette of Testimony of Suzanne Balesterie | | | | |
| 45. | | Video cassette of Testimony of Pat Sheehan | | | | |

| Pltf. | Deft. | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| 46. | | C.V. of Dr. Borgen | | | | |
| 47. | | Transcript of Testimony of Dr. Borgen | | | | |
| 48. | | Video Cassette of Dr. Borgen | | | | |
| 49. | | Damage Calculation of Total Disability | | | | |
| 50. | | Damage Calculation for Transitional Benefits | | | | |
| 51. | | Damage Calculations for Premiums and Dividends | | | | |
| 52. | | Letter to Brad Newman of 6/5/97 | | | | |
| 53. | | Pathology Report | | | | |
| 54. | | Claims Log letters from November 1999 - April 14, 2000 | | | | |
| 55. | | Requests for Continuance of Benefits | | | | |
| 56. | | Application for Disability Insurance | | | | |
| 57. | | Approval of Claim by letter of 8/11/97 | | | | |
| 58. | | Consultation report of Dr. Seidman | | | | |
| 59. | | Application for Disability Insurance | | | | |
| 60. | | Authorization & Letters Allowing Authorization of March 6, 1998 & March 31, 1998 | | | | |
| 61. | | Claims Log 79-80 | | | | |

| Pltf. | Deft. | Description of Object or Item | Identified | Evidence | Ruling | Witness on Stand |
|---|---|---|---|---|---|---|
| 62. | | C.V. of Elliot Leitner | | | | |
| 63. | | Entire Claims Log of Northwestern | | | | |
| 64. | | Dr. Borgen's Attending Physician Statement of 6/3/97 | | | | |