IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ANNE DIVEGLIA <br> formerly CYNTHIA ANNE KAYLOR <br> Plaintiff <br><br> v. <br><br> NORTHWESTERN MUTUAL LIFE <br> INSURANCE COMPANY <br> Defendant | § <br> § <br> § <br> § <br> § Civil Action No. 1 CV-00-1342 <br> § <br> § <br> § <br> § <br> § (Judge James McClure) |

## CERTIFICATE OF CONFERENCE PRUSUANT TO RULE 30.10

I, Archie V. Diveglia, attorney for Plaintiff, hereby affirm that I have met with Thomas Henefer, attorney for Defendant on May 18, 2004 and have attempted to eliminate irrelevances, side comments, and resolve objections.

Respectfully submitted,

By: _____
Archie V. Diveglia. Esq.
PA. Attorney I.D. 17140
2 Lincolnway West
New Oxford, PA 17350
Telephone: (717) 624-2500
Fax: (717) 624-3851

DIVEGLIA AND KAYLOR, P.C.    ATTORNEY IN CHARGE FOR
PLAINTIFF, CYNTHIA A. DIVEGLIA

(4)

1

## **CERTIFICATE OF SERVICE**

      I, ARCHIE V. DIVEGLIA, attorney for Plaintiff Cynthia A. Diveglia, on this 27 day of, May 2004, do hereby state that I have served a copy of <u>Plaintiff's Pre-Trial Memorandum</u> upon counsel for Defendant by placing a copy of the same in the United States mail, first class, postage prepaid to:

E. Thomas Henefer, Esquire
Stevens & Lee located at
P.O. Box 679
Reading, PA 19603-0679

                                                Respectfully submitted,

                                                By: _____
                                                      Archie V. Diveglia, Esq.
                                                      PA. Attorney I.D. 17140
                                                      2 Lincolnway West
                                                      New Oxford, PA 17350
                                                      Telephone: (717) 624-2500
                                                      Fax:   (717) 624-3851

DIVEGLIA AND KAYLOR, P.C.
ATTORNEY IN CHARGE FOR
PLAINTIFF, CYNTHIA A. DIVEGLIA

12