**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
JUN 0 7 2004
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | | |
|---|---|---|
| CYNTHIA ANNE DIVEGLIA<br>formerly CYNTHIA ANNE KAYLOR<br>Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1 CV-00-1342 |
| NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY<br>Defendant | §<br>§<br>§<br>§ | (Judge James McClure) |

## APPENDIX OF PLAINTIFF IN SUPPORT OF HER BRIEF IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINIE

1. Claims Manual on Disability

2. Testimony of Dr. Borgen

3. Termination letter of April 14, 2000

4. Portion of Testimony of Adjuster, Balestreri

5. Portion of Testimony of Defendent's Medical Director

6. Portion of Testimony of Adjuster Gosse

7. Report of Barbara Weber

8. Attending Physician Statements of Dr. Borgen

1