IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ANNE DIVEGLIA, | : CIVIL ACTION |
| Plaintiff, | : |
| | : NO. 1: CV-00-1342 |
| v. | : |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | : |
| Defendant. | : |
| | : (Judge McClure) |

ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of plaintiff's first and second motions in limine and defendant's response thereto,

IT IS HEREBY ORDERED that plaintiff's first and second motions in limine are denied in their entirety.

BY THE COURT:

_____
J.