IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ANNE DIVEGLIA,<br>          Plaintiff, | : CIVIL ACTION<br>: NO. 1:CV-00-1342 |
| v. | : JUDGE McCLURE |
| NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY,<br>          Defendant. | : |

### DEFENDANT'S MOTION IN LIMINE
### TO PRECLUDE THE TESTIMONY OF PLAINTIFF'S
### EXPERT WITNESS MARK BRECKER, ESQUIRE

Defendant, Northwestern Mutual Life Insurance Company ("Northwestern") hereby moves in limine for an order precluding the testimony of Plaintiff's "expert" witness Mark Brecker, Esquire.

Northwestern's Motion in Limine to preclude the testimony of Plaintiff's "expert" should be granted because the individual was never disclosed as a witness or expert witness, his testimony regarding the cases plaintiff referred to him would be redundant, he provided no "expert" report and he is not qualified to testify as an expert.

1

WHEREFORE, for the reasons set forth above and in the accompanying Memorandum of Law in support of this Motion, Northwestern respectfully requests this Court to grant its Motion in Limine to preclude the testimony of Plaintiff's "expert" Mark Brecker, Esquire.

Dated: June 9, 2004                    STEVENS & LEE

By: _____
    E. Thomas Henefer
    Attorney I.D. No. 55773
    Kirk L. Wolgemuth
    Attorney I.D. No. 45792
    111 North Sixth Street
    P.O. Box 679
    Reading, Pennsylvania 19603
    (610) 478-2000

Attorneys for Defendant Northwestern Mutual Life Insurance Company