IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ANNE DIVEGLIA,<br>            Plaintiff, | : CIVIL ACTION<br>: NO. 1:CV-00-1342 |
| v. | : JUDGE McCLURE |
| NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY,<br>            Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, 2004, upon consideration of Defendant's motion in limine to preclude the testimony of Plaintiff's "expert" witness Mark Brecker, Esquire, IT IS HEREBY ORDERED that Defendant's motion is granted.

_____
                                                                                        J.