IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ANNE DIVEGLIA<br>formerly CYNTHIA ANNE KAYLOR,<br><br>    Plaintiff<br><br>        v.<br><br>NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY,<br><br>    Defendant | 1:CV-00-1342<br><br>(Judge McClure) |

## **O R D E R**

June 10, 2004

Due to scheduling difficulties in scheduling a settlement conference with counsel and United States Magistrate Judge J. Andrew Smyser prior to jury selection, which is scheduled for July 6, 2004,

**IT IS ORDERED THAT:**

1.   The June 7, 2004 reference of the case to United States Magistrate Judge J. Andrew Smyser is rescinded.

2.   The case is referred to United States Judge Malachy Mannion for a

1

settlement conference pursuant to the Middle District Settlement Officer Program under LR 16.9.

    3.    The settlement conference will be held July 1, 2004, at a time to be announced, by separate order to be issued by Magistrate Judge Mannion.

                                    s/ James F. McClure, Jr.
                                    James F. McClure, Jr.
                                    United States District Judge