```
  1
  2            UNITED STATES DISTRICT COURT
  3           MIDDLE DISTRICT OF PENNSYLVANIA
  4  ------------------------------x
     CYNTHIA ANNE DIVEGLIA
  5  formerly CYNTHIA ANNE KAYLOR,
  6             Plaintiff,
  7        vs.                        No. 1-CV-00-1342
  8  NORTHWESTERN MUTUAL LIFE
     INSURANCE COMPANY,
  9
              Defendant.
 10  ------------------------------x
 11
 12
 13
 14
 15   VIDEOTAPED DEPOSITION OF DR. PATRICK I. BORGEN
 16              New York, New York
 17              Friday, May 21, 2004
 18
 19
 20
 21
 22
 23  Reported by:
     THERESA TRAMONDO
 24  JOB NO. 160707B
 25
```

ORIGINAL

1        Borgen

2   deposit." It means that breast cancer has not only
3   traveled but has begun to grow and proliferate.
4   That's how we describe "metastasis." And that
5   event, thankfully, has not been identified in
6   Ms. Kaylor.
7        Q.   So the bone scans and the CAT scans and
8   blood tests that have been performed show no
9   evidence of metastasis at this point?
10       A.   Right, as we've described, that's right.
11       Q.   Doctor, do you agree with me that your
12  opinion that the reduction of stress could increase
13  the outcome of Mrs. Diveglia, that there is no
14  scientific proof of that opinion?
15       A.   I think it would be extremely difficult
16  to prove measuring stress, quantifying stress,
17  quantifying stress reduction; quantifying the
18  immune system has proven to be very difficult for
19  the medical community, and so in terms of hard core
20  trial, clinical trial, not legal trial, evidence,
21  it has been difficult to do, so I agree with you
22  that that has been difficult. The clinical
23  observation that stress reduction has a good effect
24  is reflected in the fact that every cancer center I
25  know of has a stress reduction program. So you're

```
 1                      Borgen
 2   correct that the evidence is debatable and soft,
 3   and it's necessarily soft.  Until we get concrete
 4   ways to measure these things, it's going to be
 5   tough.  But certainly I'm far from alone in the
 6   clinical observation that in aggressive bad breast
 7   cancers with a guarded prognosis, everything should
 8   be done and one of those things should be stress
 9   reduction.
10        Q.    Do you agree with me, Doctor, that would
11   be very difficult to quantify or separate the
12   stress from having cancer in the first place versus
13   work-related stress?
14        A.    I think stress is stress.  I think it's
15   additive, and certainly there is stress associated,
16   as we discussed earlier.  There is certainly a lot
17   of stress with the cancer event itself, absolutely.
18        Q.    And, Doctor, do you agree with me that
19   you've treated patients who have had high-stress
20   positions, were treated for breast cancer and
21   returned to work in their high-stress positions?
22        A.    That has happened, yes.
23        Q.    Would you also agree with me that some
24   of the treating physicians don't restrict their
25   patients from high-stress type of positions after
```

```
                       Borgen
```

NCI are trying to keep Americans healthier, and it's our tax dollars that pay for this. The NCI does its own research, it funds people like us to do research, and occasionally it produces guidelines or what are called "consensus recommendations," where people in the field have gotten together, put their heads together and issued a statement. So that's sort of the role of the NCI.

Q.   And do you agree, Doctor, that I believe the NCI has even funded some research of yours in the past and I believe is currently funding some of your research?

A.   It's a very important source of funding for us.

Q.   And, Doctor, are you aware of the position of the National Cancer Institute on whether stress reduction would increase the likelihood of no recurrence of cancer?

A.   I know that it's a topic that they look at frequently, and I know that it's been the source of attempted studies. Because of what we talked about earlier, that the metrics or the tools are difficult to ascertain, the NCI has concluded that

                              Borgen

there is not enough evidence one way or the other to recommend it.  They are aiming at the larger body of breast cancer patients.  You can imagine the disaster if all the women with breast cancer in America took off of work, for example.  There are probably ten million breast cancer survivors in this country right now.  There are a quarter of a million new ones each year added to the list.

          So the NCI concluded that based on studies that they had, they couldn't recommend it, and I think in the aggregate I certainly would agree with that.  Like all government regulations, you have the aggregate and then you have the individuals, and we can't use those federal statements to apply to every single patient, and certainly they were not thinking of someone with 16 positive lymph nodes and a young person with an invasive lobular cancer, with those particular guidelines.

     Q.    Are you aware of any published recommendations by the National Cancer Institute regarding stress reduction and the risks of recurrence?

     A.    I'm aware of research that they're

```
 1                      Borgen
 2  funding, even stress reduction programs that
 3  they're funding.  So while their statement is "we
 4  just can't prove it," they certainly have supported
 5  it financially.
 6          Q.   Finally, Doctor, do you know who
 7  Dr. Barbara Weber is?
 8          A.   I do.
 9          Q.   What is your professional knowledge of
10  her?
11          A.   Barbara Weber is a researcher who has
12  spent much of her professional life studying the
13  genetics of breast cancer, and most notably two
14  genes, BRCA 1 and BRCA 2.
15          Q.   And in your professional knowledge of
16  her, Doctor, is she respected in the medical
17  community?
18          A.   I think as far as genetics goes, as far
19  as BRCA 1 and 2 go, I think she's absolutely a
20  recognized expert in that field.
21          Q.   Doctor, at this point you're very
22  optimistic about the prognosis for Mrs. Diveglia?
23          A.   It's probably the first time I've said
24  it, but yeah, I am optimistic about it.
25               MR. WOLGEMUTH:  That's all the questions
```