UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------x

CYNTHIA ANNE DIVEGLIA

formerly CYNTHIA ANNE KAYLOR,

       Plaintiff,

  vs.                            No. 1-CV-00-1342

NORTHWESTERN MUTUAL LIFE

INSURANCE COMPANY,

       Defendant.

------------------------------x

COPY

DEPOSITION OF DR. PATRICK I. BORGEN

New York, New York

Friday, May 21, 2004

Reported by:

THERESA TRAMONDO

JOB NO. 160707A

Borgen

1        Borgen
2        Article number 48 is entitled "Patient
3  Regrets After Bilateral Prophylactic Mastectomy."
4  That's article number 48.
5        Also on page 13, article number 74,
6  which is entitled "Issues of Regret in Women With
7  Contralateral Prophylactic Mastectomies" deals with
8  stress.
9        Article number 76 on page 13 is entitled
10 "Cancer Specific Distress is Related to Women's
11 Decision to Undergo BRCA 1 Testing."
12        There is an article that deals with
13 stress as one of many factors, which is article
14 number 122 on page 17, which is entitled "Factors
15 Influencing Treatment Patterns of Breast Cancer
16 Patients Age 75 and Older."  I believe that's all.
17    Q.   Doctor, I know it may have been a while
18 since you participated in the writing of these
19 articles, but referring to article number 31, do
20 you recall what, if any, conclusions that you found
21 in terms of the issue of stress?
22    A.   I am sorry.  Which?
23    Q.   Article 31 on page 10.
24    A.   Yes.  We suspected that women
25 overestimated their risk of developing breast

Borgen

1
2  cancer when they had a family history of breast
3  cancer, and that that led to significant stress and
4  anxiety and the result of that stress and anxiety
5  was a lack of adherence to treatment or screening
6  recommendations.  Put another way, the more nervous
7  you were about getting breast cancer, the less
8  likely you were to get a mammogram, which is a
9  little counterintuitive, but makes sense.  The more
10 worried a woman was the mammogram was going to show
11 something, the less likely she was to get one.  And
12 this study demonstrated that if you counsel the
13 patient and reduce the stress, they went on to get
14 the mammograms and get the ultrasounds.
15       Q.    So in the article number 31 there was no
16 research or study of whether stress increased the
17 likelihood of a recurrence of cancer?
18       A.    That's correct.  This study did not
19 address that issue.
20       Q.    Moving on to article 47 on page 11, do
21 you recall what your conclusions were with respect
22 to stress, if any, in that article?
23       A.    This was a similar type of study with a
24 similar type of conclusion to the one we just spoke
25 about.

```
 1                          Borgen
 2        Q.      So there were no conclusions regarding
 3   stress and the risk of recurrence in that article?
 4        A.      That's correct.
 5        Q.      How about article 48, the same question,
 6   was there any -- or with respect to the issues of
 7   stress, what were your conclusions with respect to
 8   that article?
 9        A.      We found that bilateral prophylactic
10   mastectomies significantly reduced stress and that
11   the rate of patient regret was very low.
12        Q.      You would agree then there was no
13   research on conclusions made regarding stress and
14   the recurrence of breast cancer in that article?
15        A.      That's correct.
16        Q.      Then, finally, Doctor -- I guess there
17   are two more.
18               On page 13, article number 74, what
19   conclusions did you make, if any, regarding stress
20   in that article?
21        A.      It would have been the same findings and
22   conclusions as the article we just spoke about.
23        Q.      So there were no conclusions made
24   regarding stress and recurrence of breast cancer?
25        A.      In this study, that's correct.
```

                    Borgen

Q.    Then, finally, Doctor, I think number 76 was the last one you identified. I am sorry. That's not true.

Referring to article 76, what conclusions, if any, did you make regarding stress in that article?

A.    This was a study that looked at why a minority of women who are candidates for gene testing actually elect to have gene testing.

Q.    So once again there were no conclusions made regarding stress and the risk of recurrence?

A.    Correct.

Q.    And, finally, Doctor, I think number 122 on page 17, what were the conclusions, if any, regarding stress in that study?

A.    This study actually found that there was a tendency towards undertreating patients because of their age, and some of that had to do with stress both on the doctor's part and on the patient's part. It had to do with competing risk factors, comorbid risk factors, and so the stress there was in the treatment recommended and the treatment accepted. And the conclusion was that there was a somewhat concerning trend towards

```
 1                    Borgen
 2   undertreating patients because of their age.
 3        Q.    Again, you would agree that there were
 4   no conclusions regarding stress and the risk of
 5   recurrence in that article?
 6        A.    I would agree with that.
 7        Q.    Doctor, you're not a lawyer, correct?
 8        A.    I'm definitely not a lawyer.
 9        Q.    Did you ever have any legal training?
10        A.    No.  I've been married to a lawyer for
11   17 years.  I don't know if you could grandfather me
12   in for that.
13        Q.    Yes, you probably could be grandfathered
14   in.
15              Doctor, do you know what the
16   responsibilities are of a trial lawyer?
17        A.    I do.
18        Q.    Is your wife a trial lawyer?
19        A.    She is.
20        Q.    Just explain briefly what a trial lawyer
21   does.
22        A.    From my perspective of my wife and/or
23   my -- just my understanding of it?
24        Q.    Your understanding, I guess, first.
25        A.    Well, I know that, you know, it's a
```

1              Borgen
2   very, very broad question. I think that if we take
3   the example of my wife, she was a litigator, and so
4   she spent long hours -- I say past tense because
5   she's been on sabbatical for a couple of years, but
6   what I saw was her spending very, very long hours
7   traveling, preparing cases, and then actually
8   taking the case into the courtroom and trying the
9   cases.
10       Q.   How often would your wife be in court
11  over the course of a year?
12       A.   I would say they probably tried between
13  six and ten major cases a year.
14       Q.   Did your wife ever suffer any type or
15  form of cancer?
16            MR. DIVEGLIA: I would object as that's
17       not relevant to these proceedings. He didn't
18       say any of his opinions were based on that. I
19       object to the question. I believe the doctor
20       can decide whether he wants to answer that
21       question.
22       A.   Thankfully, no, she has not.
23       Q.   Doctor, do you agree that the duties of
24  a trial lawyer may be stressful to one person and
25  not stressful to another person?