IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Diveglia v. Northwestern Mutual Life Insurance Company | : : | 1:CV-00-1342 |
| Parken v. Zufall, et al. | : | 4:CV-01-1721 |
| Cole v. State Farm Mutual Automobile Insurance Company, et al. | : : | 4:CV-02-1154 |

### O R D E R

June 15, 2004

**IT IS ORDERED THAT:**

1. Jury selection is confirmed for July 6, 2004 and will be held in

in **Courtroom No. 3, Third Floor,** (not Courtroom No. 1), Federal Building, 240

West Third Street, Williamsport, Pennsylvania.

2. Unless otherwise notified, jury selection is scheduled as follows:

| | | |
|---|---|---|
| 10:00 a.m. | Cole v. State Farm Mutual Automobile Insurance Company, et al. | 4:CV-02-1154 |
| 11:00 a.m. | Parken v. Zufall, et al. | 4:CV-01-1721 |
| 1:30 p.m. | Diveglia v. Northwestern Mutual Life Insurance Company | 1:CV-00-1342 |

                                                      s/James F. McClure, Jr.
                                                      James F. McClure, Jr.
                                                      United States District Judge