IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA ANNE DIVEGLIA, | : | |
| formerly CYNTHIA ANNE | : | |
| KAYLOR, | : | No. 1:CV-00-1342 |
| Plaintiff, | : | |
| v. | : | (Judge McClure) |
| | : | |
| NORTHWESTERN MUTUAL LIFE | : | |
| INSURANCE COMPANY, | : | |
| Defendant. | : | |

**O R D E R**

June 17, 2004

**BACKGROUND:**

Now before the court is defendant's motion for leave to file a reply brief in response to plaintiff's brief in opposition to defendant's motion. Defendant wishes to expound on its argument against permitting plaintiff to elicit expert opinion testimony from Dr. Borgen.

The court has already disposed of the parties' pending motions in limine by Memorandum and Order. (See Rec. Doc. No. 95.) Given the court's ruling, and especially given that the court precluded plaintiff from eliciting expert opinion testimony from Dr. Borgen, the court will deny defendant's motion as moot.

**NOW, THEREFORE, IT IS ORDERED THAT:**

Defendant's motion for leave to file reply brief (Rec. Doc. No. 93), is denied as moot.

  s/ James F. McClure, Jr.  
James F. McClure, Jr.  
United States District Judge
