IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA ANNE DIVEGLIA, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | NO. 1: CV-00-1342 |
| v. | : | |
| | : | |
| NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | (Judge McClure) |
| | : | |

## ORDER

AND NOW, this ___ day of June, 2004, based upon Defendant's Motion for Leave to File Reply Brief in Support of Its Motion in Limine, it is hereby ORDERED that Defendant's Motion is Granted.

BY THE COURT,

_____
J.