IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ANNE DIVEGLIA<br>formerly CYNTHIA ANNE KAYLOR,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY,<br><br>　　　　　Defendant | :<br>:<br>:　　1:CV-00-1342<br>:<br>:　　(Judge McClure)<br>:<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

June 22, 2004

**IT IS ORDERED THAT:**

The **time** of jury selection scheduled for July 6, 2004, is changed from 1:30 p.m. to **10:00 a.m.**, in Courtroom No. 3, Third Floor, Federal Building, 240 West Third Street, Williamsport, Pennsylvania.

　　　　　　　　　　　　　　s/ James F. McClure, Jr.
　　　　　　　　　　　　　　James F. McClure, Jr.
　　　　　　　　　　　　　　United States District Judge