ORIGINAL

FILED
HARRISBURG, PA
JUN 2 2 2004
MARY ... 'ANDREA
Per _____ CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CYNTHIA ANNE DIVEGLIA | § | |
| formerly CYNTHIA ANNE KAYLOR | § | |
| Plaintiff | § | |
| | § | Civil Action No. 1 CV-00-1342 |
| v. | § | |
| | § | |
| NORTHWESTERN MUTUAL LIFE | § | |
| INSURANCE COMPANY | § | |
| Defendant | § | (Judge James McClure) |

**APPENDIX IN SUPPORT OF MOTION
FOR RECONSIDERATION
OF A PORTION OF ORDER OF JUNE 17, 2004**

1. Page 11 and 12 of Claims Manual

2. Complaint

3. Answer to Complaint

4. Termination Letter

5. Portion of testimony of Balestreri

6. Portion of testimony of Sharon Hyde

7. Portion of testimony of Gosse

8. Portion of Policy