**BROWN & JONES REPORTING, INC.**

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------

CYNTHIA ANNE DIVEGLIA formerly CYNTHIA ANNE KAYLOR,

    Plaintiff,

  -vs-                    Case No. 1-CV-00-1342

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant.

------------------------------------------------------------

      Video Examination of SUZANNE BALISTRERI, taken at the instance of the Plaintiff, under and pursuant to the Federal Rules of Civil Procedure, pursuant to Notice, before JANE M. JONES, a Certified Realtime Reporter, Registered Merit Reporter and Notary Public in and for the State of Wisconsin, at Brown & Jones Reporting, Inc., 312 East Wisconsin Avenue, Milwaukee, Wisconsin, on the 24th day of April, 2001, commencing at 10:21 a.m. and concluding at 11:47 a.m.


(5)

312 East Wisconsin Avenue
Suite 608
Milwaukee, WI 53202
PHONE: (414) 224-9533

```
 1   BY MR. DIVEGLIA:
 2   Q    Okay.  Now, let's talk about who on the medical
 3        staff you are referring to.  Tell us the names.
 4   A    That would be Pat Sheehan and Dr. Powell.
 5   Q    I'm sorry, Dr. --
 6   A    Powell.
 7   Q    Anyone else?
 8   A    Not to my recall.
 9   Q    Now, in regard to the termination of benefits, you
10        wrote to me a letter indicating the benefits to be
11        terminated, is that correct?
12   A    Correct.
13   Q    And I'm going to hand to you what has been
14        previously marked Plaintiff's Exhibit No. 8, and I
15        want you to look at Plaintiff's Exhibit No. 8, and
16        tell me, is that the letter of termination of
17        benefits?
18   A    That's our letter that we would no longer be paying
19        benefits.
20   Q    You can keep that there because I'm going to be
21        asking you some questions on it.  Looking at that
22        letter for a second, the last two sentences, in
23        particular, did you say, "The documentation
24        provided does not support ongoing disability due to
25        medical restrictions or limitations.  As a result,
```

       this disability claim has been terminated"?

A    Yes.

Q    All right.  Now, my question to you, my first questions to you relate to the first sentence, "The documentation provided does not support ongoing disability due to medical restrictions or limitations."

       What documentation are you specifically referring to when you say the documentation provided?

A    I believe I'd be referring to the medical information we were provided.

Q    Okay.  Are you talking about the recent medical information -- I mean, can you give us -- you wrote this letter to terminate benefits, which is a serious matter.  At this point, where you used the term "documentation," I need to have a more specific understanding as to what documentation you felt was inadequate?

       MR. HENEFER:  Objection to the form of the question, but you can answer.

       THE WITNESS:  The medical documentation we received from her treating physician.

BY MR. DIVEGLIA:

Q    Well, are you talking about from the very first