**BROWN & JONES REPORTING, INC.**

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF PENNSYLVANIA

-----------------------------------------------------

CYNTHIA ANNE DIVEGLIA formerly CYNTHIA ANNE KAYLOR,

    Plaintiff,

    -vs-                    Case No. 1-CV-00-1342

NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY,

    Defendant.

-----------------------------------------------------

    Video Examination of SHARON HYDE, taken at the instance of the Plaintiff, under and pursuant to the Federal Rules of Civil Procedure, pursuant to Notice, before JANE M. JONES, a Certified Realtime Reporter, Registered Merit Reporter and Notary Public in and for the State of Wisconsin, at Brown & Jones Reporting, Inc., 312 East Wisconsin Avenue, Milwaukee, Wisconsin, on the 24th day of April, 2001, commencing at 1:11 p.m. and concluding at 1:49 p.m.

(6)

312 East Wisconsin Avenue
Suite 608
Milwaukee, WI 53202
PHONE: (414) 224-9533

```
 1   Q   Now, you sent to me this letter of May 30th, which
 2       we previously identified as Exhibit 7.  Would you
 3       read the second sentence of this letter, please?
 4   A   "I have completed my review of the file, and I'm
 5       writing to advise you that I'm in full agreement
 6       with Ms. Balistreri's determination that Ms. Kaylor
 7       no longer qualifies for continuing disability
 8       benefits."
 9   Q   What was the determination of Ms. Balistreri that
10       you were in full agreement with?
11   A   That she -- that Ms. Kaylor didn't qualify for
12       benefits.
13   Q   For what reason?
14   A   There was no medical proof of ongoing disability.
15   Q   Now, any other reasons other than that, which is
16       what she set forth?
17   A   No.  I didn't see anything different from that.
18   Q   So after you reviewed the file, you were of the
19       same opinion?
20   A   That's correct.
21   Q   Let me ask you this.  Did you rely on any specific
22       documentation to reach that conclusion?
23   A   No.  My review encompassed the entire file and all
24       of the information that was in the file.
25   Q   Did you bring into this review process any
```

Case 1:00-cv-01342-JFM   Document 102-7   Filed 06/22/2004   Page 3 of 4

12

1         additional information?
2  A   Not that I recall, no.
3  Q   So this is the -- this is what I understand and
4         what I set forth. Benefits were terminated because
5         of what was considered lack of medical proof of
6         ongoing disability, right?
7  A   Correct.
8  Q   And is it correct, though, that despite that
9         conclusion that Drs. Seidman and Borgen had
10        provided attending physician statements
11        periodically as requested from February 9, 1998
12        through March 27th, 2000?
13  A  Yes, they had provided APS's with their opinions
14        on.
15  Q  Would you agree that their opinions were consistent
16        over that two-year period -- not only their own
17        opinions, but the opinions of each doctor was
18        consistent with the other?
19  A  As I recall, yes.
20  Q  And did they basically -- was it the stated
21        opinions of the doctors over two years that Cynthia
22        Diveglia was disabled as a trial lawyer -- I'm now
23        summarizing. This is not word for word. Disabled
24        as a trial lawyer because the stress and fatigue of
25        trial work would compromise her ability to stay in

12

```
 1   A    The International Standard Lawyer Number Database
 2        was checked and shows that the law firm profile of
 3        Diveglia & Kaylor spends a hundred percent of
 4        practice devoted to litigation.
 5   Q    So it was investigated, and it was determined that
 6        she was a trial lawyer, right?
 7             MR. HENEFER:  Objection to the form of
 8        the question.  You can answer if you're able.
 9             THE WITNESS:  It says she's a trial
10        attorney; however, we continued to try to confirm
11        that that was indeed factual.
12   BY MR. DIVEGLIA:
13   Q    And that wasn't the basis for discontinuing the
14        benefits, was it?
15   A    The basis we closed the claim was because there was
16        no medical proof of continuing disability.
17   Q    And you agreed 100 percent with what Ms. Balistreri
18        had said in her --
19   A    Yes.
20             MR. DIVEGLIA:  No further questions.
21             MR. HENEFER:  You're done.
22             VIDEOGRAPHER:  Off the record at 1:49
23        p.m.
24             (Proceedings concluded at 1:49 p.m.)
25
```