

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ANNE DIVEGLIA § | |
| formerly CYNTHIA ANNE KAYLOR § | |
| Plaintiff § | |
| § | Civil Action No. 1 CV-00-1342 |
| v. § | |
| § | |
| NORTHWESTERN MUTUAL LIFE § | |
| INSURANCE COMPANY § | |
| Defendant § | (Judge James McClure) |

**APPENDIX IN SUPPORT OF MOTION
TO
ADD EXHIBITS TO PRE-TRIAL LISTING OF EXHIBITS**

Appendix 1 - Page of Disability Policy

Appendix 2 - Earning Statements 2000-2002