Form No. ER14
Colonial Redi Record Co.
Brooklyn, N.Y. 11218

**EMPLOYEE'S RECORD**

Name: Cynthia A. Diveglia

**YEARLY RECAPITULATION BY QUARTERS 19 2000**

| QTR. | PAYROLL PERIOD | REGULAR TIME HRS | RATE | PER | OVERTIME HRS | RATE | PER | REGULAR WAGES | OVERTIME | OTHER REMUNERATION | TOTAL EARNINGS | S.S. TAX | MEDICARE TAX | FEDERAL WTHLDG TAX | STATE TAX | CITY TAX | DISABILITY TAX | TOTAL DEDUCTIONS | NET EARNINGS/AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10/13 | | | | | | | | | 25,000.00 | 1550.00 | 362.50 | 700.00 | 250.00 | | 10.00 | 2213.50 |
| | 11/9 | | | | | | | | | 15,000.00 | 930.00 | 217.50 | 470.00 | 150.00 | | | 1327.50 |
| | 12/14 | | | | | | | | | 5,000.00 | 310.00 | 72.50 | 140.00 | 50.00 | | | 442.50 |
| | 12/29 | | | | | | | | | 5,000.00 | 310.00 | 72.50 | 140.00 | 50.00 | | | 442.50 |
| | 12/29 | | | | | | | | 13,000.00 | | 13,000.00 | 1560.00 | 364.00 | 1500.00 | 1370.00 | | 10.00 | 10,018.50 |
| 1 | | | | | | | | | | | 63,000.00 | 3906.00 | 913.50 | 15000.00 | 1764.00 | 630.00 | | |
| TOTAL 1st Qtr. | | | | | | | | | | | | | | | | | | |

Name: CYNTHIA A. KAYLOR DIVEGLIA

| QTR | PAYROLL PERIOD | EARNINGS | REGULAR TIME HRS | RATE | PER | F.O.A. | OVERTIME HRS | RATE | PER | REGULAR WAGES | OVERTIME | EARNINGS OTHER RENUMERATION | TOTAL EARNINGS | S.S. TAX | MEDICARE TAX | FEDERAL WTHLDG TAX | STATE TAX | CITY TAX | DISABILITY TAX | TOTAL DEDUCTIONS | NET EARNINGS AMOUNT | DATE PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01/22 | | | | | | | | | | | | 70,000.00 | 4340.00 | 1015.00 | 3000.00 | 1810.00 | m | 700.00 | | | |
| 2 | | | | | | | | | | | | 10,000.00 | | 620.00 | 145.00 | 600.00 | 250.00 | 100.00 | | | 8255.00 | |
| | | | | | | | | | | | | 20,000.00 | | 1240.00 | 290.00 | 1200.00 | 520.00 | 200.00 | | | 16753.00 | |
| | | | | | | | | | | | | | | 34.80 | 12.00 | 90.00 | | | | | 1857.30 | |
| | | | | | | | | | | | | 10,000.00 | | 620.00 | 145.00 | 600.00 | 250.00 | 100.00 | | | 8255.00 | |
| 3 | | | | | | | | | | | | 5,000.00 | | 72.50 | 30.00 | 140.00 | 50.00 | — | | | 4437.50 | |
| | | | | | | | | | | | | 5,000.00 | | 72.50 | 300.00 | 140.00 | 52.00 | — | | | 4375.00 | |
| 4 | | | | | | | | | | | | 5,000.00 | | 72.50 | 30.00 | 140.00 | 50.00 | — | | | 4437.50 | |
| TOTAL 1st Qtr | | | | | | | | | | | | 45,000.00 | | (2791.50) 2790.00 | (620.00) 120.00 | | | | | | | | 58,985.00 |

# EMPLOYEE'S RECORD

**YEARLY RECAPITULATION BY QUARTERS 19____**

EMPLOYMENT RECORD OF: Cynthia Dieglie

| DATE EMPLOYED | DATE TERMINATED | REMARKS | NO. OF EXEMPTIONS | DATE EMPLOYED | DATE TERMINATED | REMARKS | SOCIAL SECURITY ACCOUNT NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| PAYROLL PERIOD | REGULAR TIME HRS | RATE | PER | OVERTIME HRS | RATE | PER | EARNINGS REGULAR WAGES | OVERTIME | OTHER RENUMERATION | TOTAL EARNINGS | DEDUCTIONS S.S. TAX | MEDICARE TAX | FEDERAL WTH.DG TAX | STATE TAX | CITY TAX | DISABILITY TAX | TOTAL DEDUCTIONS | NET EARNINGS AMOUNT | DATE PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/3 | | | | | | | | | | 5000 00 | | 72 50 | 300 00 | 140 00 | 50 00 | | | | |
| 12/31 | | | | | | | | | | 9,500 00 | | 130 50 | 500 00 | 252 00 | 90 | | 972 50 | 8,027 50 | 12/31 |
| TOTAL 3rd Qtr. | | | | | | | | | | 12,000 00 | | | 600 00 | | | | | | |
| TOTAL 9 Mos. | | | | | | | | | | 5000 00 | | | 300 00 | | | | | | |
| TOTAL 4th Qtr. | | | | | | | | | | 9,000 00 | | 130 50 | 500 00 | 252 00 | 90 00 | | | | |
| TOTAL 12 Mos. | | | | | | | | | | 12,000 00 | | | | | | | | 4,437 50 | |

Dec

Form No. ER14  Colonial Redi Record Co., Brooklyn, N.Y. 11218

Form No. ER14
Colonial Redi Record Co.
Brooklyn, N.Y. 11218

Name: CYNTHIA A. DIVEGLIA

| PAYROLL PERIOD | REGULAR TIME || | OVERTIME || | EARNINGS ||| DEDUCTIONS |||||| NET EARNINGS ||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | HRS | RATE | PER | HRS | RATE | PER | REGULAR WAGES | OVERTIME | OTHER REMUNERATION | TOTAL EARNINGS | S.S. TAX | MEDICARE TAX | FEDERAL WTHLDG TAX | STATE TAX | CITY TAX | DISABILITY TAX | TOTAL DEDUCTIONS | AMOUNT |
| 7/6/02 | | | | | | | | | | 5000 00 | 310 | 72 50 | 400 00 | 140 00 | 50 00 | | | 4,027 50 |
| 3/15/02 | | | | | | | | | | 50000 | 310 | 72 50 | 400 00 | 140 00 | 50 00 | | | 4,027 50 |



EMPLOYEE'S RECORD

Name: CYNTHIA A. DIVEGLIA

YEARLY RECAPITULATION BY QUARTERS — 2002

Form No. ER14
Colonial Redi Record Co.
Brooklyn, N.Y. 11218

| PAYROLL PERIOD | OTHER REMUNERATION | TOTAL EARNINGS | S.S. TAX | MEDICARE TAX | FEDERAL WTHLDG TAX | STATE TAX | CITY TAX | NET EARNINGS AMOUNT | DATE PAID |
|---|---|---|---|---|---|---|---|---|---|
| 2/6/02 | | 5000.00 | 310 | 72.50 | 400.00 | 140.00 | 50.00 | 4027.50 | 2/6 |
| 3/15/02 | | 5000.00 | 310 | 72.50 | 400.00 | 140.00 | 50.00 | 4027.50 | 3/15 |
| 4/10/02 | | 5000.00 | 310 | 72.50 | 400.00 | 140.00 | 50.00 | 4027.50 | 4/10 |
| TOTAL 1st Qtr. | 10,000 | | | | | | | | |
| 5/1/02 | | 5000 | 310 | 72.50 | 400.00 | 140.00 | 50.00 | 4027.50 | 5/1 |

# EMPLOYMENT RECORD OF: Cynthie A. Diveslia

**NO. OF EXEMPTIONS:** —0—
**SOCIAL SECURITY ACCOUNT NO.:** 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

**EMPLOYEE'S RECORD**

## YEARLY RECAPITULATION BY QUARTERS 2002

Remarks: 4TH QTR

| PAYROLL PERIOD | REGULAR TIME HRS | RATE PER | OVERTIME HRS | RATE PER | EARNINGS REGULAR WAGES | OVERTIME | OTHER RENUMERATION | TOTAL EARNINGS | S.S. TAX | MEDICARE TAX | FEDERAL WTHLDG TAX | STATE TAX | CITY TAX | DISABILITY TAX | TOTAL DEDUCTIONS | NET EARNINGS AMOUNT | DATE PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL 3rd Qtr | | | | | 33300 | | | | 2064.60 | 482.85 | 4885 | 5974 | 40 | 330.00 | | 29000.00 | |
| TOTAL 9 Mos. | | | | | | | | | | | | | | | | | |

1231

Form No. ER14 Colonial Redi Record Co., Brooklyn, N.Y. 11218

Form No. ER14
Colonial Redi Record Co.
Brooklyn, N.Y. 11218

Name: Cynthia A. Diveglia

| PAYROLL PERIOD | REGULAR TIME HRS | RATE | PER | OVERTIME HRS | RATE | PER | REGULAR WAGES | OVERTIME | OTHER REMUNERATION | TOTAL EARNINGS | S.S. TAX | MEDICARE TAX | FEDERAL WTHLDG TAX | STATE TAX | CITY TAX | DISABILITY | TOTAL DEDUCTIONS | NET AMOUNT | DATE PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/17 | | | | | | | | | | 20,000 | 1240.00 | 240.00 | 1000.00 | 500.00 | 200.00 | | 1720.00 | | |
| 05/30 | | | | | | | | | | 20,000 | 1240.00 | 290.00 | 5000.00 | 500.00 | 200.00 | | 1721.00 | | |
| TOTAL 1st Qtr. | | | | | | | | | | | | | | | | | | | |

Deductions: Withholding Tax 2603, Medicare Tax 2nd Qtr, S.S. 40.2, Medicare 14.45, Federal 7/20/01

Cynthia Kaylor

| PAYROLL PERIOD | REGULAR TIME | | | OVERTIME | | | EARNINGS | | | | DEDUCTIONS | | | | | | NET EARNINGS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HRS | RATE | PER | HRS | RATE | PER | REGULAR WAGES | OVERTIME | OTHER RENUMERATION | TOTAL EARNINGS | S.S. TAX | MEDICARE TAX | FEDERAL WTHLDG TAX | STATE TAX | CITY TAX | DISABILITY TAX | TOTAL DEDUCTIONS | AMOUNT | DATE PAID |
| 2/18 | | | | | | | | | 20,000 | 20,000 | 1240 | 330.00 | 580 | 730.00 | 120.00 | | | 17,310.00 | |

Form No. ER14  Colonial Redi Record Co., Brooklyn, N.Y. 11218

Cynthia Kaylor

| PAYROLL PERIOD | REGULAR TIME HRS | RATE | PER | OVERTIME HRS | RATE | PER | EARNINGS REGULAR WAGES | OVERTIME | OTHER RENUMERATION | TOTAL EARNINGS | DEDUCTIONS S.S. TAX | MEDICARE TAX | FEDERAL WTHLDG TAX | STATE TAX | CITY TAX | DISABILITY TAX | TOTAL DEDUCTIONS | NET EARNINGS AMOUNT | DATE PAID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/18 | | | | | | | | | 20000 | 20000 | 1240 | 290 | 500 | 920 | 229 | | 17210 | | |
| | | | | | | | | | 60,000 | | | | | | | | | | |
| 12/12 | | | | | | | | | 25000 00 | 1550 00 | 32250 | | 700 00 | 2500 | | | 321 3150 | | |
| 12/30 | | | | | | | | | 10 500 00 | 124 00 | 152 25 | | 240 00 | 105 00 | | | 2824 75 | | |
| 12/31 | | | | | | | | | 41 300 00 | 594 85 | | | 1152 40 | 413 00 | | | 39 13 75 | | |
| TOTAL 3rd Qtr | | | | | | | | | | | | | | | | | | | |
| TOTAL 9 Mos. | | | | | | | | | | 136800 00 | 1674 80 | | | | 21 90 | | | | |
| TOTAL 4th Qtr | | | | | | | | | | | | | | | | | | | |
| TOTAL 12 Mos. | | | | | | | | | | | | | | | | | | | |