IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CYNTHIA ANNE DIVEGLIA             :
formerly CYNTHIA ANNE KAYLOR,     :
                                  :   1:CV-00-1342
            Plaintiff             :
                                  :   (Judge McClure)
        v.                        :
                                  :
NORTHWESTERN MUTUAL LIFE          :
INSURANCE COMPANY,                :
                                  :
            Defendant             :

# **O R D E R**

June 23, 2004

As the parties are scheduled to have a settlement conference before Magistrate Judge Mannion on Thursday, July 1, 2004,

**IT IS ORDERED THAT:**

Defendant shall file a brief in opposition to plaintiffs' motion for reconsideration (rec. doc. no. 100, filed June 22, 2004) no later than 9:00 a.m., Monday, June 28, 2004.

                              s/ James F. McClure, Jr.
                              James F. McClure, Jr.
                              United States District Judge