MINUTE SHEET

Diveglia

      Plaintiff

   V                             1:CV-00-1342

Northwestern Mutual Ins. Co.

      Defendant

**DATE:** July 1, 2004

**TIME COMMENCED:** 1:30 P.M.    **TIME TERMINATED:** 4:30 P.M.

**NATURE OF HEARING:** SETTLEMENT CONFERENCE

**BEFORE**: Hon. Malachy E. Mannion, U.S. Magistrate Judge in Wilkes-Barre

**COUNSEL:**

    Archie Diveglia, Esq.
        Plaintiff

    E. Thomas Henefer, Esq.
    David Perez, Esq.
        Defendant

**REMARKS:** Settlement conference held. Successful. Judge McClure informed of settlement.