IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA ANNE DIVEGLIA<br>formerly CYNTHIA ANNE KAYLOR,<br><br>Plaintiff<br><br>v.<br><br>NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY,<br><br>Defendant | :<br>:<br>:  1:CV-00-1342<br>:<br>:  (Judge McClure)<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **O R D E R**

July 19, 2004

**BACKGROUND:**

United States Magistrate Judge Malachy Mannion reported to the Court that that the above captioned case has been settled.

**IT IS, THEREFORE, ORDERED THAT**:

1.  This action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

2.  This order will constitute a final order dismissing the case with prejudice sixty-one (61) days from today if no motion is filed within sixty (60)

1

days to reinstate the case to active status or to extend the sixty (60) day period to

consummate the settlement.

                    <u>s/ James F. McClure, Jr.</u>
                    James F. McClure, Jr.
                    United States District Judge